DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SHANNON WRIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-948

_____

September 15, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Polk County; Larry Helms, Judge.

Ashley Moody, Attorney General, Tallahassee and Suzanne C.
Bechard, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

     Affirmed.

KELLY, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.